IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01443-RM-BNB

SKYWEST AIRLINES, INC.,

Plaintiff,

v.

MATTHEW GRAY,

Defendant.

_____

**ORDER**

_____

This matter arises on the parties' **Stipulated Motion to Amend Complaint** [Doc. # 14, filed 6/30/2014] (the "Motion to Amend").  Also pending is the defendant's **Combined Motion to Dismiss and for a More Definite Statement** [Doc. # 12, filed 6/11/2014].  Because the Motion to Amend is granted, the defendant's Combined Motion to Dismiss and for a More Definite Statement is rendered moot by the filing of the First Amended Complaint.

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 14] is GRANTED, and the Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 14-1]; and

(2)     Defendant's Combined Motion to Dismiss and for a More Definite Statement [Doc. # 12] is DENIED without prejudice as moot.

Dated July 9, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge