IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01443-RM-BNB

SKYWEST AIRLINES, INC.,

Plaintiff,

v.

MATTHEW GRAY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 26, filed January 12, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART.  The discovery cut-off is extended to and including **April 23, 2015**.  The dispositive motion deadline is extended to and including **June 1, 2015**.  Paragraph 10 of the Motion cannot be addressed by me and must be refiled in a separate motion since the relief requested is related to the Motion to Dismiss [23] which is in front of Judge Moore.

IT IS FURTHER ORDERED that the Pretrial Conference set for May 4, 2015, is **vacated and reset to August 3, 2015, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **July 27, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  January 12, 2015