**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:14-cv-01443-RM-BNB

SKYWEST AIRLINES, INC.,

       Plaintiff,

v.

MATTHEW GRAY,

       Defendant.

---

**ORDER GRANTING JOINT MOTION (ECF NO. 29)**

---

The Court having reviewed the parties' Joint Motion Requesting the Court to Enter an Order Regarding Defendant's Renewed Combined Motion ("Motion") (ECF No. 29), and being otherwise fully advised, hereby **GRANTS** the Motion. The Court hereby postpones its disposition on the Defendant's Renewed Combined Motion (ECF No. 23) until trial pursuant to Fed. R. Civ. P. 12(a)(4) and **ORDERS** Defendant to file an Answer to the First Amended Complaint (ECF No. 21) within 14 days of this **ORDER**.

DATED this 20th day of January, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge