**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:14-cv-01443-RPM-NYW**

**SKYWEST AIRLINES, INC.,**

**Plaintiff,**

**v.**

**MATTHEW GRAY**

**Defendant**

---

**NOTICE OF SETTLEMENT**

---

Plaintiff SkyWest Airlines, Inc. ("SkyWest") and Defendant Matthew Gray ("Mr. Gray") (SkyWest and Mr. Gray are collectively referred to as "Parties"), submit the following Notice of Settlement of the above-captioned matter. The Parties request that the Court vacate all pending court and/or trial dates in this matter. The Parties anticipate filing a stipulated dismissal of the above-captioned Civil Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by May 4, 2015.

Respectfully submitted this 27th day of April, 2015.

PEARSON & PARIS, P.C.

/s/Sean Paris
Sean P. Paris, Esq.

390 Union Blvd Ste. 250
Lakewood, CO 80228
(303) 996-8610
sparis@rockymountainlaw.com

Attorneys for Defendant Matthew Gray

SHERMAN & HOWARD L.L.C.

/s/ Vance O. Knapp

Vance O. Knapp, Esq.
633 17th Street, Ste. 3000
Denver, CO 80202
(303) 299-8162
vknapp@shermanhoward.com

Attorneys for Plaintiff, SkyWest Airlines, Inc.