**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01443-RM-NYW

SKYWEST AIRLINES, INC.,

    Plaintiff,

v.

MATTHEW GRAY,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER COMES before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 40) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulated Motion"), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Stipulated Motion to Dismiss with Prejudice is GRANTED, each party to pay his/its fees and costs.

DATED this 7th day of May, 2015.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge